IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLENIX MARTIN, | ) | 8:08CV117 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DENNIS BAKEWELL, Warden, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

It has come to the court's attention that Petitioner in this matter, Clenix Martin, may be deceased. *See* John Ferak, *Omaha Man Dies of Gunshots*, Omaha World Herald, May 12, 2008, *available at* http://www.omaha.com/index.php?u_page=2798&u_sid =10333017. When a habeas corpus petitioner dies, "there can be no future collateral consequences flowing from his imprisonment, [and] his collateral attack is moot." *McMillin v. Bowersox*, 102 F.3d 987 (8th Cir. 1996).

IT IS THEREFORE ORDERED that:

1. No later than July 7, 2008, Respondents shall conduct an investigation and submit to the court a statement regarding whether Petitioner is, in fact, deceased.

2. The Clerk of the court shall set a pro se case management deadline in this case with the following text: July 7, 2008: Respondent's statement regarding Petitioner due.

June 9, 2008.　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　Chief United States District Judge