IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| CLENIX MARTIN, | ) | 8:08CV117 |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DENNIS BAKEWELL, Warden, | ) | |
| et al., | ) | |
| | ) | |
| Respondents. | ) | |

This matter is before the court on its own motion. On June 9, 2008, the court ordered Respondent to conduct an investigation regarding whether Petitioner is deceased. (Filing No. 11.) On June 12, 2008, Respondent filed a statement confirming that Petitioner is, in fact, deceased. (Filing No. 12.) Because Petitioner is deceased, "there can be no future collateral consequences flowing from his imprisonment." *McMillin v. Bowersox*, 102 F.3d 987 (8th Cir. 1996). This matter is therefore dismissed.

IT IS THEREFORE ORDERED that:

1.    This matter is dismissed with prejudice.

2.    A separate judgment will be entered in accordance with this Memorandum and Order.

September 17, 2008.             BY THE COURT:


                                s/ Joseph F. Bataillon
                                Chief United States District Judge